**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| In re:   JLAB, LLC | § | Case No. 15-41920 |
| | § | |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

  Michelle H. Chow, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

  1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

  2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned:  $0.00       Assets Exempt:  N/A
*(without deducting any secured claims)*

Total Distribution to Claimants:  $587,199.95    Claims Discharged
                      Without Payment:  N/A

Total Expenses of Administration:  $655,925.05

---

  3) Total gross receipts of $1,243,125.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $1,243,125.00 from liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY CLAIMS | | | | |
|    CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 655,925.05 | 655,925.05 | 655,925.05 |
|    PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
|    PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 72,907.49 | 46,061.27 | 46,061.27 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 918,339.12 | 11,375,720.55 | 762,021.54 | 541,138.68 |
| **TOTAL DISBURSEMENTS** | **$918,339.12** | **$12,104,553.09** | **$1,464,007.86** | **$1,243,125.00** |

     4)  This case was originally filed under Chapter 7 on 10/30/2015. The case was pending for 70 months.

     5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

     6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  08/17/2021        By: /s/ Michelle H. Chow
                                                       Chapter 7 Bankruptcy Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 - GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| CONTINGENT CLAIMS | 1149-000 | 1,243,125.00 |
| **TOTAL GROSS RECEIPTS** | | **$1,243,125.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 - FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRANS. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | |

## EXHIBIT 3 - SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | N/A | | | |

## EXHIBIT 4 - CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Michelle H. Chow | 2100-000 | N/A | 60,543.75 | 60,543.75 | 60,543.75 |
| Michelle H. Chow | 2200-000 | N/A | 377.09 | 377.09 | 377.09 |
| PASSMAN & JONES, P.C. | 3210-600 | N/A | 497,250.00 | 497,250.00 | 497,250.00 |
| PASSMAN & JONES, P.C. | 3220-610 | N/A | 6,384.15 | 6,384.15 | 6,384.15 |
| Lain, Faulkner & Co. P.C. | 3410-000 | N/A | 11,530.00 | 11,530.00 | 11,530.00 |
| LITZLER, SEGNER, SHAW & MCKENNEY, LLP | 3410-580 | N/A | 28,467.56 | 28,467.56 | 28,467.56 |
| Lain, Faulkner & Co. P.C. | 3420-000 | N/A | 1,669.67 | 1,669.67 | 1,669.67 |
| GEORGE ADAMS AND CO. INSURANCE AGENCY, LLC | 2300-000 | N/A | 3,894.00 | 3,894.00 | 3,894.00 |
| WELLS FARGO CAPITAL FINANCE | 2410-000 | N/A | 1,300.00 | 1,300.00 | 1,300.00 |
| Bank Service Fees | 2600-000 | N/A | 1,897.15 | 1,897.15 | 1,897.15 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | Claims Scheduled | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|
| Mark Agee | 3110-000 | N/A | 41,932.46 | 41,932.46 | 41,932.46 |
| Mark Agee | 3120-000 | N/A | 679.22 | 679.22 | 679.22 |
| **TOTAL CHAPTER 7 ADMIN. FEES and CHARGES** | | **N/A** | **$655,925.05** | **$655,925.05** | **$655,925.05** |

### EXHIBIT 5 - PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES and CHARGES** | | | | | |

### EXHIBIT 6 - PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | Franchise Tax Board | 5800-000 | 0.00 | 39,469.67 | 39,469.67 | 39,469.67 |
| 4 | State Board of Equalization | 5800-000 | 0.00 | 6,591.60 | 6,591.60 | 6,591.60 |
| 8A | State of California | 5800-000 | 0.00 | 26,846.22 | 0.00 | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | **$0.00** | **$72,907.49** | **$46,061.27** | **$46,061.27** |

### EXHIBIT 7 - GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Court Registry | 7100-000 | N/A | 0.00 | 0.00 | 0.00 |
| 1 | Yong Fang | 7100-001 | 28,659.28 | 28,607.04 | 28,607.04 | 20,314.88 |
| 2 | Shenzhen Zonoki Digital Technology Co Ltd. | 7100-001 | 692,215.85 | 733,414.50 | 733,414.50 | 520,823.80 |
| 5 | Eagle Fund ii LP | 7100-000 | 0.00 | 4,508,470.00 | 0.00 | 0.00 |
| 6 | Petra Growth Fund LP | 7100-000 | 0.00 | 3,937,795.00 | 0.00 | 0.00 |
| 7 | Shenzhen CE & IT Ltd | 7100-000 | 0.00 | 2,154,902.56 | 0.00 | 0.00 |
| 8B | State of California, Bankruptcy Section MS A340, Franchise T | 7100-000 | 0.00 | 12,531.45 | 0.00 | 0.00 |
| NOTFILED | Yourway Sourcing Corporation | 7100-000 | 197,463.99 | 0.00 | 0.00 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$918,339.12** | **$11,375,720.55** | **$762,021.54** | **$541,138.68** |

**UST Form 101-7-TDR (10/1/2010)**

FORM 1 
Page: 1

## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| | |
|---|---|
| **Case Number:** 15-41920 BR | **Trustee:** Michelle H. Chow |
| **Case Name:** JLAB, LLC | **Filed (f) or Converted (c):** 10/30/15 (f) |
| | **§341(a) Meeting Date:** 12/04/15 |
| **Period Ending:** 08/17/21 | **Claims Bar Date:** 04/20/21 |

| Ref # | 1 Asset Description (Scheduled And Unscheduled (u) Property) | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Abandoned OA=§554(a) Abandon | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | CONTINGENT CLAIMS NOTE: This is the only scheduled asset on Schedules AB;'$3,000,000 shared D&O/EPL policy with AIG with six year run-off limit in force through 08/06/21'. No amended schedules filed since 03/31/19. This is the sole scheduled asset from the originally filed schedules. This asset administered. See motion 06/13/18 #94 and order 08/10/18 #116. Funds deposited to estate bank account on 08/13/18. | 0.00 | 500,000.00 | | 1,243,125.00 | FA |
| 2 | FRAUDULENT TRANSFER (SOFA ITEMS) This line item reserved for possible collection/settlement for transactions listed on the SOFA. Investigated along with settlement claim and not administered on this line. | 0.00 | 0.00 | | 0.00 | FA |
| | **TOTALS** (Excluding Unknown Values) | **$0.00** | **$500,000.00** | | **$1,243,125.00** | **$0.00** |

**Major activities affecting case closing:**
AMENDED TFR 07/19/2021: This TFR submitted to reference redistribution of TFR checks.

As of date submitted to UST for review: 10/29/2020: All case activity completed, claims reviewed/objections filed/granted, and all estate professionals' fees granted. IRS confirmed no further audit issues. Case ready for TFR.

Prior reporting period comments:
As of 03/31/2020 reporting period: Additional claims activity between general counsel and selected creditors, and tax filings prepared by estate accountant. On 08/26/19, Trustee received notice from the IRS that the 4 cases were selected for audit. Documents requested and produced. Trustee and accountant Lain Faulkner responding to requests but do not have much indication of when they will be complete with their review. Trustee can only provide a very rough estimate and can only close this case subject to the IRS's timing. This is the remaining activity in this case before final professionals' fee applications.

From 04/01/18-03/31/2019: Causes of action against various parties was resolved, and settlement reached. Trustee and her counsels mediated and deliberated many hours to reach this settlement. See Motion 06/13/2018 #94 and the Order 08/10/2018 #116 for settlement of $3.85 million, the determination of proceeds split between the 4 related cases, and also the Trustee's counsels' fee applications and Orders within the same time period. The funds deposited to each respective bankruptcy case and awaiting the final tax returns and final professionals' fee applications before the final report. Claims were reviewed and objections granted in 08/2018 through 11/2018.

From 04/01/17-03/31/18: The main activity during the reporting period was multiple mediation meetings and attempt at settlement between multiple parties and insurance. Towards the end of this reporting period, the amount of $3.85 million was introduced, but terms were not acceptable to the Trustee. The main issues besides the amount of settlement were allocation between the 4 related estates and the individual claims of filed by the Defendants. Trustee is very hopeful that a compromise will be reached and a settlement motion outlining all the terms will be filed in the next reporting period.

Periods prior to 03/31/17: Requests were made for documents/document production and review/motions for 2004 exam against parties related to Debtors.  Trustee's counsels identified these parties as having liquidity and/or coverage by the D&O policies which could ultimately net funds for the bankruptcy estate. These were the 'owners' and 'foreclosers' on the business entities: 1. PEAG LLC; 2.TCP Group (Transition Capitial Partners); 3.Petra Growth Fund; 4. Wells Fargo.

Many times have the trustee and counsel met and/or conferenced called to discuss case progress and strategy. Special counsel may add additional professionals to assist with document and financial

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

statement review/data mining, which is not included under Lain Faulkner as tax accountants for the estate. Documents produced by TCP, but incomplete fro PEAG LLC. Wells Fargo lags a bit behind in documents requested/produced.

Case background: This is part of 4 related Chapter 7 cases which have been administratively consolidated:
15-41922 Bear River International, LLC - sold guns and sporting equipment
15-41920 JLab, LLC -  sold headphones and audio products
15-41918 Mach Speed Holdings, LLC - holding company for all three
15-41919 Mach Speed Technologies, LLC - sold MP3 type digital media players

These four related companies had the same officers/directors and appear to have possibly used the same books and records. Mach Speed Holdings, LLC was the holding/parent company of the other three. It was formed by various 'investor-type entities' - Transition Capital Partners (a Dallas based private equity firm), Petra Capital Partners, and Bush O'Donnell Capital Partners. The 'lenders' basically took back their business, and this along with other directed payments are the potential remaining assets of the business. Trustee hired special counsel/special litigators who will determine best course of action. Trustee also hired general counsel and accountants for the estate (for tax returns). Assets collected to date include state taxing authority refunds, miscellaneous refunds, and Wells Fargo bank balances.

General Counsel for Trustee: Mark Agee
Accountant for Trustee: Lain Faulkner
Debtor Counsel: Joe Marshall; Marshall Law;  5001 Spring Valley Road, Suite 400E; Dallas, TX 75244-3910 (972)-393-3900; jmarshall@marshalllaw.net
Debtor's Principal: Keith Driscoll
Special Counsel for Trustee: Chris Robison;  Passman & Jones, 2500 Renaissance Tower;  1201 Elm Street;  Dallas, TX 75270 and Sommerman, McCaffity & Quesada, LLP
Interested Party: Peter Jackson, represents Dan Lane

**Initial Projected Date of Final Report (TFR):** December 31, 2020    **Current Projected Date of Final Report (TFR):** October 29, 2020 (Actual)

August 17, 2021                                                          /s/ Michelle H. Chow
Date                                                                     Michelle H. Chow

# Form 2
## Cash Receipts and Disbursements Record

| Case Number: | 15-41920 BR | | Trustee: | Michelle H. Chow |
|---|---|---|---|---|
| Case Name: | JLAB, LLC | | Bank Name: | Texas Capital Bank |
| | | | Account: | ******4842 - Checking Account |
| Taxpayer ID#: | **-***6475 | | Blanket Bond: | N/A |
| Period Ending: | 08/17/21 | | Separate Bond: | 675,000.00 |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | 5<br>Uniform<br>Tran. Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 08/13/18 | Asset #1 | Settlement Agreement - Wire In | Per Settlement Agreement | 1149-000 | 1,243,125.00 | | 1,243,125.00 |
| 08/21/18 | 51001 | GEORGE ADAMS AND CO. INSURANCE AGENCY, LLC | Per invoice x3618BOnd SNN 4010003 | 2300-000 | | 1,868.00 | 1,241,257.00 |
| 08/27/18 | 51002 | MARK I AGEE | Per Order 08/10/18 #115Trustee general counsel fees | 3110-000 | | 29,202.60 | 1,212,054.40 |
| 08/27/18 | 51003 | MARK I AGEE | Per Order 08/10/18 #115Trustee general counsel expenses | 3120-000 | | 374.02 | 1,211,680.38 |
| 08/27/18 | 51004 | Lain, Faulkner & Co. P.C. | Per Order 08/10/18 #119Trustee accountant (tax filings) fees | 3410-000 | | 8,012.00 | 1,203,668.38 |
| 08/27/18 | 51005 | Lain, Faulkner & Co. P.C. | Per Order 08/10/18 #119Trustee accountant (tax filings) expenses | 3420-000 | | 1,587.53 | 1,202,080.85 |
| 08/27/18 | 51006 | PASSMAN & JONES, P.C. | Per Order 08/10/18 #117Trustee special counsel fees | 3210-600 | | 497,250.00 | 704,830.85 |
| 08/27/18 | 51007 | PASSMAN & JONES, P.C. | Per Order 08/10/18 #117Trustee special counsel expenses | 3220-610 | | 6,384.15 | 698,446.70 |
| 08/27/18 | 51008 | LITZLER, SEGNER, SHAW & MCKENNEY, LLP | Per Order 08/10/18 #118Trustee special accountant fees | 3410-580 | | 28,467.56 | 669,979.14 |
| 09/04/18 | | Bank Service Fees | Bank Service Fee | 2600-000 | | 962.22 | 669,016.92 |
| 10/03/18 | | Bank Service Fees | Bank Service Fee | 2600-000 | | 934.93 | 668,081.99 |
| 12/23/18 | 51009 | WELLS FARGO CAPITAL FINANCE | PER ORDER 12/11/18 #155ORDER LITIGATION EXP/DOCUMENT PRODUCTION | 2410-000 | | 1,300.00 | 666,781.99 |

## Form 2
## Cash Receipts and Disbursements Record

| Case Number: | 15-41920 BR | | Trustee: | Michelle H. Chow |
|---|---|---|---|---|
| Case Name: | JLAB, LLC | | Bank Name: | Texas Capital Bank |
| | | | Account: | ******4842 - Checking Account |
| Taxpayer ID#: | **-***6475 | | Blanket Bond: | N/A |
| Period Ending: | 08/17/21 | | Separate Bond: | 675,000.00 |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | 5<br>Uniform<br>Tran. Code | 6<br>Receipts<br>$ | 7<br>Disbursements<br>$ | Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 07/18/19 | 51010 | GEORGE ADAMS AND CO. INSURANCE AGENCY, LLC | Inv date 07/16/19 #4575Bond SSN4010003 $675k 08/13/19 -20 | 2300-000 | | 1,013.00 | 665,768.99 |
| 06/08/20 | | Bank Service Fees | Transfer to account ending 1151 | 9999-000 | | 665,768.99 | 0.00 |

|   |   |   |   |
|---|---|---|---|
| **ACCOUNT TOTALS** | | 1,243,125.00 | 1,243,125.00 | $0.00 |
| Less: Bank Transfers | | 0.00 | 665,768.99 | |
| **Subtotal** | | 1,243,125.00 | 577,356.01 | |
| Less: Payment to Debtors | | | 0.00 | |
| **NET Receipts / Disbursements** | | **$1,243,125.00** | **$577,356.01** | |

## Form 2
## Cash Receipts and Disbursements Record

| Case Number: | 15-41920 BR | Trustee: | Michelle H. Chow |
|---|---|---|---|
| Case Name: | JLAB, LLC | Bank Name: | Signature Bank |
| | | Account: | ******1151 - Checking Account |
| Taxpayer ID#: | **-***6475 | Blanket Bond: | N/A |
| Period Ending: | 08/17/21 | Separate Bond: | 675,000.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 06/08/20 | | Texas Capital Bank | Transfer from account ending 4842 | 9999-000 | 665,768.99 | | 665,768.99 |
| 07/21/20 | 60001 | GEORGE ADAMS AND CO. INSURANCE AGENCY, LLC | Bond renewal #566 07/21/20<br>Bond SSN4010003 8/13/20-8/13/21<br>$675,000 bond coverage | 2300-000 | | 1,013.00 | 664,755.99 |
| 09/23/20 | 60002 | Mark Agee | Per order 09/23/2020 #169<br>Trustee attorney final fees and expenses | 3110-000 | | 12,729.86 | 652,026.13 |
| 09/23/20 | 60003 | Mark Agee | Per order 09/23/2020 #169<br>Trustee attorney final fees and expenses | 3120-000 | | 305.20 | 651,720.93 |
| 09/23/20 | 60004 | Lain, Faulkner & Co. P.C. | Per order 09/23/2020 #168<br>Trustee accountant final fees and expenses | 3410-000 | | 3,518.00 | 648,202.93 |
| 09/23/20 | 60005 | Lain, Faulkner & Co. P.C. | Per order 09/23/2020 #168<br>Trustee accountant final fees and expenses | 3420-000 | | 82.14 | 648,120.79 |
| 01/04/21 | 60006 | Michelle H. Chow | Dividend of 100.000000000%. | 2100-000 | | 60,543.75 | 587,577.04 |
| 01/04/21 | 60007 | Michelle H. Chow | Dividend of 100.000000000%. Trustee expenses<br>Trustee fees TBD based on commission | 2200-000 | | 377.09 | 587,199.95 |
| 01/04/21 | 60008 | Franchise Tax Board | Dividend of 100.000000000%, Claim No.3. Per POC: 'Taxes and/or fees'<br>Filed as priority | 5800-000 | | 39,469.67 | 547,730.28 |
| 01/04/21 | 60009 | State Board of Equalization | Dividend of 100.000000000%, Claim No.4.<br>Filed as priority tax claim.<br>Invoice attached. | 5800-000 | | 6,591.60 | 541,138.68 |

Form 2
## Cash Receipts and Disbursements Record

| Case Number: | 15-41920 BR | | Trustee: | Michelle H. Chow |
|---|---|---|---|---|
| Case Name: | JLAB, LLC | | Bank Name: | Signature Bank |
| | | | Account: | ******1151 - Checking Account |
| Taxpayer ID#: | **-***6475 | | Blanket Bond: | N/A |
| Period Ending: | 08/17/21 | | Separate Bond: | 675,000.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 01/04/21 | 60010 | State of California | Dividend of 100.000000000%, Claim No.8A. Priority portion of tax claim $26,846.22 of $39,377.67 total claim See attached invoice for priority/unsecured portions. Allow as timely filed tax claim filed before distribution commences.; Stopped on 03/02/2021 | 5800-004 | | 26,846.22 | 514,292.46 |
| 01/04/21 | 60011 | YongFang (HK) Electronic Technology Co., LTD | Dividend of 66.398615284%, Claim No.1. Per POC: 'Balance payment for the order' Filed as unsecured. Invoices attached. Listed on Schedule F at $28,659.28; Stopped on 03/01/2021 | 7100-004 | | 18,994.68 | 495,297.78 |
| 01/04/21 | 60012 | Shenzhen Zonoki Digital | Dividend of 66.398615284%, Claim No.2. Per POC: 'Goods sold' Filed as unsecured. Listed on Schedule F as $692,215.85; Stopped on 04/12/2021 | 7100-004 | | 486,977.07 | 8,320.71 |
| 01/04/21 | 60013 | State of California, Bankruptcy Section MS A340, Franchise T | Dividend of 66.398615284%, Claim No.8B. Unsecured portion of claim See attached scheduled. $12,531.45 of total $39,377.67 claim filed. Governmental unit allowed timely claim up to when distribution commences.; Stopped on 03/02/2021 | 7100-004 | | 8,320.71 | 0.00 |

# Form 2
## Cash Receipts and Disbursements Record

| Case Number: | 15-41920 BR | | Trustee: | Michelle H. Chow |
|---|---|---|---|---|
| Case Name: | JLAB, LLC | | Bank Name: | Signature Bank |
| | | | Account: | ******1151 - Checking Account |
| Taxpayer ID#: | **-***6475 | | Blanket Bond: | N/A |
| Period Ending: | 08/17/21 | | Separate Bond: | 675,000.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 03/01/21 | 60011 | YongFang (HK) Electronic Technology Co., LTD | Dividend of 66.398615284%, Claim No.1. Per POC: 'Balance payment for the order' Filed as unsecured. Invoices attached. Listed on Schedule F at $28,659.28; Stopped: Check issued on 01/04/2021 | 7100-004 | | -18,994.68 | 18,994.68 |
| 03/02/21 | 60010 | State of California | Dividend of 100.000000000%, Claim No.8A. Priority portion of tax claim $26,846.22 of $39,377.67 total claim See attached invoice for priority/unsecured portions. Allow as timely filed tax claim filed before distribution commences.; Stopped: Check issued on 01/04/2021 | 5800-004 | | -26,846.22 | 45,840.90 |
| 03/02/21 | 60013 | State of California, Bankruptcy Section MS A340, Franchise T | Dividend of 66.398615284%, Claim No.8B. Unsecured portion of claim See attached scheduled. $12,531.45 of total $39,377.67 claim filed. Governmental unit allowed timely claim up to when distribution commences.;   Stopped: Check issued on 01/04/2021 | 7100-004 | | -8,320.71 | 54,161.61 |
| 04/12/21 | 60012 | Shenzhen Zonoki Digital | Dividend of 66.398615284%, Claim No.2. Per POC: 'Goods sold' Filed as unsecured. Listed on Schedule F as $692,215.85; Stopped: Check issued on 01/04/2021 | 7100-004 | | -486,977.07 | 541,138.68 |
| 06/03/21 | 60014 | Shenzhen Zonoki Digital Technology Co Ltd. | Claim #2. Replaces check #60012. Attempt to mail again with different mail service and tracking. ;  due to Creditor cannot be located; Stopped on 06/27/2021 | 7100-004 | | 486,977.07 | 54,161.61 |

# Form 2
## Cash Receipts and Disbursements Record

| Case Number: | 15-41920 BR | | Trustee: | Michelle H. Chow |
|---|---|---|---|---|
| Case Name: | JLAB, LLC | | Bank Name: | Signature Bank |
| | | | Account: | ******1151 - Checking Account |
| Taxpayer ID#: | **-***6475 | | Blanket Bond: | N/A |
| Period Ending: | 08/17/21 | | Separate Bond: | 675,000.00 |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | 5<br>Uniform<br>Tran. Code | 6<br>Receipts<br>$ | 7<br>Disbursements<br>$ | Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 06/27/21 | 60014 | Shenzhen Zonoki Digital Technology Co Ltd. | Claim #2. Replaces check #60012. Attempt to mail again with different mail service and tracking. ; due to Creditor cannot be located; Stopped: Check issued on 06/03/2021 | 7100-004 | | -486,977.07 | 541,138.68 |
| 07/23/21 | | Court Registry | Per Notice of Deposit to Court Registry filed 07/21/2021 #27 | | | 541,138.68 | 0.00 |
| 07/23/21 | | Yong Fang | 20,314.88 | 7100-001 | | | 0.00 |
| 07/23/21 | | Shenzhen Zonoki Digital Technology Co Ltd. | 520,823.80 | 7100-001 | | | 0.00 |

| | | Receipts | Disbursements | |
|---|---|---:|---:|---:|
| **ACCOUNT TOTALS** | | 665,768.99 | 665,768.99 | $0.00 |
| Less: Bank Transfers | | 665,768.99 | 0.00 | |
| **Subtotal** | | 0.00 | 665,768.99 | |
| Less: Payment to Debtors | | | 0.00 | |
| **NET Receipts / Disbursements** | | **$0.00** | **$665,768.99** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---:|---:|---:|
| Checking # ******1151 | 0.00 | 665,768.99 | 0.00 |
| Checking # ******4842 | 1,243,125.00 | 577,356.01 | 0.00 |
| | **$1,243,125.00** | **$1,243,125.00** | **$0.00** |