B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF TEXAS

In re JLAB,LLC                              ,                Case No. 15-41920

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Fresh Start Recovery Partners LLC | Shenzhen Zonoki Digital Technology co Lt |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
Fresh Start Recovery Partners
6595 Roswell Road, Suite G-6150
Atlanta, GA 30328

Court Claim # (if known): 7025984
Amount of Claim: $520,823.80
Date Claim Filed: 02/08/2016

Phone: 478-412-4686
Last Four Digits of Acct #: _____

Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Abdul Muhammad                          Date: 12/03/2021
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

FROM: 8675528622483          Thu 09 Dec 2021 20:04:11 GMT          Page 1 of 1

Fresh Start Recovery Partners LLC

## Notice of Assignment

For good and valuable consideration, receipt of which is hereby acknowledged, the undersigned, Shenzhen Zonoki Digital Technology Co Ltd ("Assignor"), hereby, assigns, conveys and transfers over and unto Fresh Start Recovery Partners, LLC (" Assignee"), any and all of right, title and interest in and to the below referenced funds/claim(s).

The Assigned funds/claim(s):

| | |
|---|---|
| Court: | Eastern District of Texas |
| Debtor(s): | JLAB, LLC |
| Case Number: | 15-41920 |
| Claim Number: | 15-41920 |

FUNDS/CLAIM(S) ARE BEING ASSIGNED "AS-IS, WHERE-IS" WITH NO WARRANTIES OR REPRESENTATIONS WHATSOEVER, EXCEPT AS EXPRESSLY PROVIDED IN THE AISSGNMENT AGREEMENT, INCLUDING, WITHOUT LIMITATION, WARRANTIES OF MERCHANT ABILITY OR FITNESS FOR A PARTICULAR PURPOSE.

IN WITNESS WHEREOF, the parties hereto have caused this notice of assignment to be executed as of the 2021-12-03.

_____
Signature: Kevin Wong, CEO