| | |
|---|---|
| 发件人: | kevin <kevin@zonoki.com> |
| 发送时间: | 2015年5月29日星期五 12:23 |
| 收件人: | win@jlabaudio.com |
| 抄送: | nec@jlabaudio.com; savannah1 |
| 主题: | RE: PAYMENT |

Win,

I learn that you already=began to pay other suppliers, please pay to us as same, we are under high =ressure! I appreciate it!

*Rgds,*

kevin(*黄镇彬)*

<= style="font-family:Times;">*General Manager*

*Shenzhen Zonoki Digital Technology Co., Ltd.*

*Mobile:86-13554801234&n=sp;*

=i>Tel:+86-=55-28621598 EXT208

**发件人:** Win Cramer <win@jlabaudio.com>
**发送时间:** 2015年6月8日星期一 23:03
**收件人:** kevin
**抄送:** Nec Wong; savannah1@zonoki.com
**主题:** RE: Re:RE: PAYMENT

Kevin,

I know our team has started to reach out to suppliers. I would expect you to be contacted this week.

WIN CRAMER
[ president ]

#ROCKITOUT

858.683.3634 214.417.5567
win@jlabaudio.com win.cramer jlabaudio.com
3402 piazza d'oro way, suite 230 | oceanside, ca 92056

**From:** kevin [mailto:kevin@zonoki.com]
**Sent:** Sunday, June 07, 2015 9:15 PM
**To:** Win Cramer
**Cc:** Nec Wong; savannah1@zonoki.com
**Subject:** Re:RE: PAYMENT

Hi Win,

Hope this email finds you well.

Per our conversation on skype at May 30th, you said a reconstructing team would reach us for the payment issue last week, however, I have not received any related message since now. So may I know when can we expect the contact?

Thank you and wait for your reply.

*Rgds,*

*kevin(黄镇彬)*

*General Manager*

*Shenzhen Zonoki Digital Technology Co., Ltd.*

*Mobile:86-13554801234*

*Tel:+86-755-28621598 EXT208*

----------------- Original Mail -----------------
**From:** kevin@zonoki.com
**Date:** 2015-05-29 12:22:45
**To:** win@jlabaudio.com
**Cc:** nec@jlabaudio.com;savannah1@zonoki.com
**Subject:** RE: PAYMENT

Win,

I learn that you already began to pay other suppliers, please pay to us as same, we are under high pressure! I appreciate it!

*Rgds,*

*kevin(黄镇彬)*

*General Manager*

*Shenzhen Zonoki Digital Technology Co., Ltd.*

*Mobile:86-13554801234*

*Tel:+86-755-28621598 EXT208*

**发件人:** kevin <kevin@zonoki.com>
**发送时间:** 2015年6月8日星期一 12:15
**收件人:** win@jlabaudio.com
**抄送:** nec@jlabaudio.com; savannah1@zonoki.com
**主题:** Re:RE: PAYMENT

Hi Win,

Hope this email=finds you well.

Per our conversation on skype at May 30=h, you said a reconstructing team would reach us for the payment is=ue last week, however, I have not received any related message since now. =o may I know when can we expect the contact?

Thank you =nd wait for your reply.

*Rgds,=/p>*

*kevin(<=>黄镇彬）*

*General Manager*

&=bsp;

*Shenzh=n Zonoki Digital Technology Co., Ltd.*

*Mobile:86-13554801234*

*Tel:+86-=55-28621598 EXT208*

------------------ =Original Mail ------------------
From: kevin@zonoki.com
Date: 2015-05=29 12:22:45
To: win@jlabaudio.com
Cc: nec@jlabaudio.com;savannah1@zonoki.com
Subject:&nb=p;RE: PAYMENT

Win,

I learn that you already began to pay other suppliers, please pay=to us as same, we are under high pressure! I appreciate it!

***Rgds,***

*kevin(黄镇彬)*

*Shenzhen Zonoki Digi=al Technology Co., Ltd.*

***Mobile:86-13554801234***

*Tel:+86-755-28621598 EXT20=*

AO 215
(08/18)

ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS

## Request to Determine Foreign Vendor Tax Payments

For any questions regarding the taxability of your foreign vendor payment, please contact the Payment Management Branch by phone at 202-502-4829 or via email at tax_compliance@ao.uscourts.gov. All Fields outlined in red are required.

Payee Name: Huang, Zhenbin

Vendor Code: ______

**Amount to be paid** ***(In Dollars)*****:**

Principal: $ 520, 823. 80

Interest *(if applicable)*: ______

**Type of Payment** ***(select one)*****:**

- ☐ Restitution;
- ☑ Unclaimed Funds;
- ☐ Registry Funds;
- ☐ Criminal Bond;
- ☐ Contract;
- ☐ Criminal Justice Act *(Attorney)*;
- ☐ Criminal Justice Act *(Services Other than Counsel)*; or
- ☐ Other *(Explain)*:

______

If a service contract or CJA vendor, will the service be performed in the United States? ______

**Funding Information:**

| *Fiscal Year* | *Fund* | *Budget Org* | *Cost Org* | *Object Code* |
|---|---|---|---|---|
| | | | | |

**Obligation:**

| *Number* | *Type* | *Item Line* | *Accounting Line* |
|---|---|---|---|
| | | | |

**Proposed Payment Method:** U. S. Treasury Check

AO 215
(08/18)

ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS

## Request to Determine Foreign Vendor Tax Payments

**If payment is to be made via international wire transfer, provide the following Bank information as applicable:**

Legal Name on Account: ______________________

Account Holders Address: ______________________

**Receiving Bank**

SWIFT Routing # or SWIFTBIC: ______________________

Bank Name: ______________________

Bank Address: ______________________

Bank Account Number: ______________________

IBAN, BSB *(Australia)* or CLABE *(Mexico)*: ______________________

Sort Code: ______________________

**Domestic United States Intermediary Bank** ***(If applicable)***

ABA Routing # or SWIFTBIC: ______________________

Bank Name: ______________________

Bank Address: ______________________

Bank Account Number: ______________________

**International Intermediary Bank** ***(If applicable)***

SWIFT Bank Identifier Code (SWIFTBIC): ______________________

Bank Name: ______________________

Bank Address: ______________________

Bank Account Number: ______________________

IBAN, BSB *(Australia)* or CLABE *(Mexico)*: ______________________

Sort Code: ______________________

______________________ ______________________

Name of Requester *Court Unit/FPDO*

case #: 15-41920

